UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )    | |
| Plaintiff,    ) | Criminal Action No. 24-217 (LLA) |
| )    | |
| v.    ) | |
| )    | |
| LOWELL GATES    ) | |
| )    | |
| Defendant.    ) | |

## JOINT MOTION TO RESET COMMENCEMENT OF TRIAL

1. Pursuant to this Court's Pre-Trial Order entered following the status conference on November 25, 2024, trial in this case is scheduled to commence on April 14, 2025 at 9:30 a.m.

2. The parties have agreed to move the trial date one week forward to commence on April 7, 2025, at 9:30 a.m. to avoid conflict with the Easter holiday.

3. All other deadlines as indicated in this Court's Pre-Trial Order shall remain as scheduled.

4. As this is a joint Motion, the Government concurs and joins in this request.

Respectfully submitted,

By:   Jerry J. Russo, Esquire
Bar No. #55717
TUCKER ARENSBERG, P.C.
300 Corporate Center Drive
Suite 200
Telephone: (717) 234-4121
jrusso@tuckerlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused this to be served upon counsel for the government via ECF and the unredacted version was served by email.

**Craig Estes,** USAO
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
craig.estes@usdoj.gov

By: /s/  Jerry J. Russo
　　　Jerry J. Russo, Esquire
　　　Attorney I.D. No.  55717
　　　jrusso@tuckerlaw.com
　　　Counsel for Mr. Gates