UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | CASE NO. 24-CR-217 (LLA) |
| ) | |
| LOWELL GATES ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE AND REQUEST FOR EXPEDITED RULING

NOW COMES Defendant LOWELL GATES, through undersigned counsel, and states non-opposition to the Government's recently-filed Motion to Dismiss with Prejudice, ECF #27.

Because the docket shows a trial still scheduled to take place on April 7, 2025, and Defendant's dispositive Motions due February 3, 2025, defense counsel also requests that this Court rule on the Government's Motion expeditiously.

This 27th day of January, 2025.

Respectfully submitted,

By:   /s/  Jerry J. Russo, Esquire
Bar No. #55717
TUCKER ARENSBERG, P.C.
300 Corporate Center Drive
Suite 200
Telephone: (717) 234-4121
jrusso@tuckerlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE AND REQUEST FOR EXPEDITED RULING is being served upon all parties automatically, via this Court's ECF system.

This 27th date of January, 2025.

By: /s/ Jerry J. Russo
Jerry J. Russo, Esquire
Attorney I.D. No. 55717
jrusso@tuckerlaw.com
Counsel for Mr. Gates