# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>LOWELL GATES,<br><br>*Defendant*. | Criminal Action No. 24-217 (LLA) |

### ORDER

This matter is before the court on the United States' Motion to Dismiss. ECF No. 27. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Indictment, ECF No. 22, is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2025